## Dennis J. Campau and others v. George W. Lewis.

*Heard October 14th, 17th, 18th and 19th.　Decided November 13th.*

Appeal in Chancery from the Wayne Circuit.

The complainants filed their bill, February 15th, 1864, to set aside a certain deed, made by the wife of the defendant, George W. Lewis, of her interest in the estate of her father, the late Joseph Campau, claiming that she was not competent to execute said deed, and that the same was procured by improper influences.

The defendant Lewis put in an answer to the merits of the bill. One of the defendants, who was a minor, put in a general answer by her guardian *ad litem,* and the other defendants suffered the bill to be taken as confessed.

The Circuit Court dismissed the bill, and on the hearing of the appeal this court affirmed the decree of the court below, with costs.

No important legal points were required to be decided by this court; and as the opinion involves only a review of the evidence, which relates wholly to private individuals, it is not deemed important that it should be published.

*Levi Bishop, S. T. Douglass* and *G. V. N. Lothrop* for complainants.

*Maynard & Meddaugh* and *C. I. Walker* for defendant.